IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NATIONWIDE LIFE AND ANNUITY
INSURANCE COMPANY,**

      Plaintiff,

  vs.                                    Civil Action 2:12-cv-213
                                              Judge Smith
                                              Magistrate Judge King

**EDMOND GOLDEN, et al.,**

      Defendants.

<u>ORDER</u>

      On January 7, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motions to dismiss be denied and that this action be transferred, pursuant to §§ 1404(a) and 1406(a), to the United States District Court for the Southern District of California. *Order and Report and Recommendation*, Doc. No. 35. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

      The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The motions to dismiss, Doc. Nos. 13 and 14, are **DENIED.** This case is **TRANSFERRED** to the United States District Court for the Southern District of California.

*s/George C. Smith*

George C. Smith, Judge
United States District Court